

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,917-01

### IN RE JAMES RYAN ROSS, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 12-12-12875-CR AND 09-13-00093-CR
### IN THE 9TH DISTRICT COURT FROM MONTGOMERY COUNTY

---

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he has repeatedly written to the Montgomery County District Clerk, attempting to purchase copies of trial transcripts, but he has received responses to the effect that the clerk has received his "letters and/or motions" and will be notified "if an order is signed in [his] case."

In these circumstances, additional facts are needed. Respondent, the District Clerk of Montgomery County, is ordered to file a response stating whether he received a request from the Relator for a statement of costs for his records. If the District Clerk received such a request, he shall

state the nature of his response and, if available, provide a copy of the response. If the District Clerk received such a request and did not respond, he shall provide his rationale for not responding. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: September 29, 2021
Do not publish